**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

MARY BEATRICE BYRD,                :

      Plaintiff,                         :

vs.                                                :         CA 09-0781-C

MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,

                               :

      Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an

attorney's fee for services rendered in this Court the sum of $15,262.37, pursuant to 42

U.S.C. § 406(b).  Upon receipt of this award, petitioner is to refund to plaintiff the

smaller EAJA attorney-fee award paid in this case totaling $3,070.77.

**DONE** this the 17th day of February, 2011.

                   s/WILLIAM E. CASSADY
              **UNITED STATES MAGISTRATE JUDGE**